UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )   Civil Action No. 3:26-CV-051-CHB-EBA
                                   )
v.                                 )
                                   )        **ORDER**
KENTUCKY CABINET FOR HEALTH        )
AND FAMILY SERVICES, *et al*.,     )
                                   )
         Defendants.               )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendants' Motion for Stay. [R. 14]. Also pending in this matter is Plaintiff's Motion for Preliminary Injunction, [R. 8], filed on July 10, 2026. Defendants' response thereto is thus due on July 31, 2026. *See* Local Rule 7.1(c) (providing 21 days within which to respond). Defendants' present motion seeks to stay the proceedings in this matter pending the outcome of a Motion to Enjoin at issue in first-filed litigation in the Northern District of California. [R. 14, pp. 2, 6]. The motion also reflects that Defendants sought an extension of time within which to file their response to Plaintiff's Motion for Preliminary Injunction, but Plaintiffs refused to agree to one. *Id.* at 6 n.4.

In light of the impending deadline within which Defendants are to respond to Plaintiff's Motion for Preliminary Injunction, and based on the parties' failure to agree to an extension, the Court will order expedited briefing on Defendants' Motion for Stay and will temporarily stay briefing on Plaintiff's Motion for Preliminary Injunction pending the Court's ruling on the Motion for Stay. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff **SHALL** file a response **within fourteen (14) days** of the entry of this Order to Defendants' Motion to Stay, [**R. 14**]. Defendants **SHALL** file any reply **within seven (7) days** of Plaintiff's response.

2. The pending Motion for Preliminary Injunction, [**R. 8**], is **STAYED** pending further order of this Court.

This the 17th day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY